# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE DUQUE,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| v. | : | **NO. 21-385** |
| **DISTRICT ATTORNEY OF LANCASTER COUNTY,** *et al.*, | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW**, this 17th day of March 2022, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Lancaster County District Attorney's Answer in Response (ECF No. 13), and after review of United States Magistrate Judge Scott W. Reid's Report and Recommendation (ECF No. 14), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**